IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANE LAYCOCK                      PLAINTIFF

v.                No. 4:14-cv-123-DPM

JIM ROBERSON, Individually and in His
Official Capacity as Sheriff of Lonoke County;
JOHN STALEY, Individually and in His
Official Capacity as Sheriff of Lonoke County;
LONOKE COUNTY SHERIFF DEPARTMENT;
and LONOKE COUNTY ARKANSAS             DEFENDANTS

JUDGMENT

This case is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2015